UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>JEFFREY JAMES HALVORSON,<br><br>Defendant/Counterclaim-Plaintiff. | Case No. CV-21-036-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Safeco Insurance Company of America and against Defendant in accordance with the order of today's date.

Dated this 28th day of March, 2022.

TYLER P. GILMAN, CLERK

By: /s/ Sarah Nagy
Sarah Nagy, Deputy Clerk