IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JEFFREY JAMES HALVORSON, <br><br> Defendant. | CV 21–36–M–DLC <br><br><br> ORDER |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 60.) The parties request that the Court enter an order dismissing the above-captioned matter with prejudice, with the parties to bear their own respective attorneys' fees and costs. (*Id.*)

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

DATED this 17th day of July, 2024.

_____
Dana L. Christensen, District Judge
United States District Court